**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Chanice Regina Coleman** | Social Security number or ITIN  **xxx–xx–0487** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Virginia**

Case number:  **21–32685–KLP**

# Discharge of Debtor                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Chanice Regina Coleman

December 13, 2021                                          **For the court:**        William C. Redden
                                                                                      Clerk

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                    **Discharge of Debtor**                                                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Eastern District of Virginia

In re: Case No. 21-32685-KLP

Chanice Regina Coleman  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-7 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 14, 2021 | Form ID: 318 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Chanice Regina Coleman, 5780 Pony Farm Dr., Apt. 310, Richmond, VA 23227-4910 |
| 15729318 | + | Advanced Otolaryngology PC, 8700 Stony Point Pkwy, #110, Richmond, VA 23235-1968 |
| 15729319 | + | Alcoa Billing, 3429 Regal Dr., Alcoa, TN 37701-3265 |
| 15729320 | + | Alteon Health, 12420 Milestone Center Dr., Suite 200, Germantown, MD 20876-7111 |
| 15729322 | + | Bon Secours, 5801 Bremo Rd, Richmond, VA 23226-1907 |
| 15729326 | + | Commonwealth Internal Medicine, PO Box 14000, Belfast, ME 04915-4033 |
| 15739367 | + | Elephant Auto Insurance, PO Box 5005, Glen Allen, VA 23058-5005 |
| 15729328 | + | Emergency Coverage Corp, 265 Brookview Centre Way, Suite 400, Knoxville, TN 37919-4052 |
| 15729332 | + | HCA Health Services, One Park Plaza, Nashville, TN 37203-6527 |
| 15729336 | + | HRRG, 412 Robin Rd., Unit 2C, Portsmouth, VA 23701-1000 |
| 15729334 | + | Henrico FCU, 9401 West Broad Street, Henrico, VA 23294-5331 |
| 15729335 | + | Henrico FCU, Attn: Bankruptcy, 9401 West Broad St, Henrico, VA 23294-5331 |
| 15729338 | + | MCV Collection Department, Attn: Billing Dept/Bankruptcy, 403 N 13th St #238, Richmond, VA 23298-5030 |
| 15729340 | + | Memorial Regional Medical Cent, P.O. Box 630761, Cincinnati, OH 45263-0761 |
| 15729342 | #+ | Midwest Recovery Systems, Attn: Bankruptcy, Po Box 899, Florissant, MO 63032-0899 |
| 15729345 | + | Pocahontas Parkway, PO BOx 7693, Henrico, VA 23231-0193 |
| 15739387 | | Pulmonary Associates of Rich., Patient Bill Processing Center, PO Box 5257, New York, NY 10008-5257 |
| 15729348 | + | TACS, P O Box 31800, Henrico, VA 23294-1800 |
| 15729349 | + | Treehouse Apartments, 2922 Hathaway Rd., Richmond, VA 23225-1724 |
| 15739394 | + | Violation Processing Center, P.O. Box 1234, Clifton Forge, VA 24422-0724 |
| 15739396 | + | Virginia Employment Commission, P.O. Box 1358, Richmond, VA 23218-1358 |
| 15739397 | + | Virginia Employment Commission, P.O. Box 26441, Richmond, VA 23261-6441 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: bruce.robinson@txitrustee.com | Dec 15 2021 00:01:00 | Bruce E. Robinson, 341 Dial 866-769-9218 Code: 7515089, P.O. Box 538, South Hill, VA 23970-0538 |
| 15729321 | + | EDI: AMEREXPR.COM | Dec 15 2021 04:58:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15729323 | + | EDI: CAPITALONE.COM | Dec 15 2021 04:58:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15729324 | + | EDI: CITICORP.COM | Dec 15 2021 04:58:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15729325 | + | Email/PDF: BANKRUPTCY.NOTICES@RICHMONDGOV.COM | Dec 15 2021 00:05:20 | City of Richmond, Div of Delinquent Collections, PO Box 26505, Richmond, VA 23261-6505 |

Case 21-32685-KLP    Doc 22    Filed 12/16/21    Entered 12/17/21 00:14:07    Desc Imaged
                              Certificate of Notice    Page 4 of 5

| District/off: 0422-7 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 14, 2021 | Form ID: 318 | Total Noticed: 42 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15729327 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 15 2021 00:05:21 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15729329 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 15 2021 00:01:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15729330 | + | EDI: PHINGENESIS | Dec 15 2021 04:58:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15729331 | + | EDI: PHINGENESIS | Dec 15 2021 04:58:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15729333 | + | Email/PDF: HCABKNotifications@resurgent.com | Dec 15 2021 00:05:28 | Henrico Doctor's Hospital, PO Box 740760, Cincinnati, OH 45274-0760 |
| 15729337 | | EDI: IRS.COM | Dec 15 2021 04:58:00 | Internal Revenue Service, Centralized Insolvency Operati, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 15729339 | + | EDI: PARALONMEDCREDT | Dec 15 2021 04:58:00 | Medicredit, P O 1629, Maryland Heights, MO 63043-0629 |
| 15729341 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 15 2021 00:05:20 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15729343 | + | EDI: CAPIO.COM | Dec 15 2021 04:58:00 | Mitchell D. Bluhm and Associat, 3400 Texoma Pkwy., Suite 100, Sherman, TX 75090-1916 |
| 15729344 | | EDI: NAVIENTFKASMSERV.COM | Dec 15 2021 04:58:00 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15729347 | | Email/Text: joey@rmscollect.com | Dec 15 2021 00:01:00 | Receivable Management Inc, 7206 Hull Road, Suite 211, Richmond, VA 23235-0000 |
| 15729350 | | Email/Text: bknotice@upgrade.com | Dec 15 2021 00:01:00 | Upgrade, Inc., 275 Battery Street, 23rd Floor, San Francisco, CA 94111-0000 |
| 15729351 | + | Email/Text: bkr@taxva.com | Dec 15 2021 00:01:00 | VA Dept. of Taxation, Office of Customer Services, PO Box 1115, Richmond, VA 23218-1115 |
| 15729352 | + | EDI: VACU.COM | Dec 15 2021 04:58:00 | Virginia Credit Union, Attn: Bankruptcy, P.O. Box 90010, Richmond, VA 23225-9010 |
| 15729353 | + | Email/Text: Ashlee.Lee@vpfw.com | Dec 15 2021 00:01:00 | Virginia Physicians for Women, Suite 200, 10710 Midlothian Turnpike, Richmond, VA 23235-4759 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15739357 | *+ | Advanced Otolaryngology PC, 8700 Stony Point Pkwy, #110, Richmond, VA 23235-1968 |
| 15739358 | *+ | Alcoa Billing, 3429 Regal Dr., Alcoa, TN 37701-3265 |
| 15739359 | *+ | Alteon Health, 12420 Milestone Center Dr., Suite 200, Germantown, MD 20876-7111 |
| 15739360 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15739361 | *+ | Bon Secours, 5801 Bremo Rd, Richmond, VA 23226-1907 |
| 15739362 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15739363 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15739364 | *+ | City of Richmond, Div of Delinquent Collections, PO Box 26505, Richmond, VA 23261-6505 |
| 15739365 | *+ | Commonwealth Internal Medicine, PO Box 14000, Belfast, ME 04915-4033 |
| 15739366 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15739368 | *+ | Emergency Coverage Corp, 265 Brookview Centre Way, Suite 400, Knoxville, TN 37919-4052 |
| 15739369 | *+ | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15739370 | *+ | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15739371 | *+ | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15739372 | *+ | HCA Health Services, One Park Plaza, Nashville, TN 37203-6527 |
| 15739376 | *+ | HRRG, 412 Robin Rd., Unit 2C, Portsmouth, VA 23701-1000 |

Case 21-32685-KLP   Doc 22   Filed 12/16/21   Entered 12/17/21 00:14:07   Desc Imaged
Certificate of Notice   Page 5 of 5

| District/off: 0422-7 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 14, 2021 | Form ID: 318 | Total Noticed: 42 |

| | | |
|---|---|---|
| 15739373 | *+ | Henrico Doctor's Hospital, PO Box 740760, Cincinnati, OH 45274-0760 |
| 15739374 | *+ | Henrico FCU, 9401 West Broad Street, Henrico, VA 23294-5331 |
| 15739375 | *+ | Henrico FCU, Attn: Bankruptcy, 9401 West Broad St, Henrico, VA 23294-5331 |
| 15739377 | * | Internal Revenue Service, Centralized Insolvency Operati, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 15739378 | *+ | MCV Collection Department, Attn: Billing Dept/Bankruptcy, 403 N 13th St #238, Richmond, VA 23298-5030 |
| 15739379 | *+ | Medicredit, P O 1629, Maryland Heights, MO 63043-0629 |
| 15739380 | *+ | Memorial Regional Medical Cent, P.O. Box 630761, Cincinnati, OH 45263-0761 |
| 15739381 | *+ | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15739382 | *+ | Midwest Recovery Systems, Attn: Bankruptcy, Po Box 899, Florissant, MO 63032-0899 |
| 15739383 | *+ | Mitchell D. Bluhm and Associat, 3400 Texoma Pkwy., Suite 100, Sherman, TX 75090-1916 |
| 15739384 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15739386 | *+ | POM Recoveries, PO Box 602, Lindenhurst, NY 11757-0602 |
| 15739385 | *+ | Pocahontas Parkway, PO BOx 7693, Henrico, VA 23231-0193 |
| 15739388 | * | Receivable Management Inc, 7206 Hull Road, Suite 211, Richmond, VA 23235-0000 |
| 15739390 | *+ | TACS, P O Box 31800, Henrico, VA 23294-1800 |
| 15739391 | *+ | Treehouse Apartments, 2922 Hathaway Rd., Richmond, VA 23225-1724 |
| 15739392 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., 275 Battery Street, 23rd Floor, San Francisco, CA 94111-0000 |
| 15739393 | *+ | VA Dept. of Taxation, Office of Customer Services, PO Box 1115, Richmond, VA 23218-1115 |
| 15739395 | *+ | Virginia Credit Union, Attn: Bankruptcy, P.O. Box 90010, Richmond, VA 23225-9010 |
| 15739398 | *+ | Virginia Physicians for Women, Suite 200, 10710 Midlothian Turnpike, Richmond, VA 23235-4759 |
| 15729346 | ##+ | POM Recoveries, PO Box 602, Lindenhurst, NY 11757-0602 |
| 15739389 | ##+ | Receivables Systems, Inc., P.O. Box 8630, Richmond, VA 23226-0630 |

TOTAL: 0 Undeliverable, 36 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2021                 Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bruce E. Robinson | bruce.robinsontr@gmail.com  therese.rogerstra@gmail.com;ecf.alert+Robinson@titlexi.com |
| James E. Kane | on behalf of Debtor Chanice Regina Coleman jkane@kaneandpapa.com info@kaneandpapa.com,cdiez@kaneandpapa.com,jkrumbein@kaneandpapa.com,awilson@kaneandpapa.com,afisher@kaneandpapa.com,sfalkowski@kaneandpapa.com,carolyncrone@icloud.com |
| John P. Fitzgerald, III | USTPRegion04.RH.ECF@usdoj.gov |

TOTAL: 3